# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2021

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162960(16)

Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JERMAINE STEVENSON,
            Plaintiff-Appellant,

v                                                                 SC: 162960
                                                                  COA: 356170

CHIPPEWA CORRECTIONAL FACILITY
WARDEN,
            Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of appellant to waive fees is considered and it is DENIED because MCL 600.2963 requires that a prisoner pursuing a civil action be liable for filing fees.

Within 21 days of the date of this order, appellant shall (1) pay an initial partial fee of $140.00 and (2) submit one copy of this order and the copy of the pleading returned to him as acknowledgement of his responsibility to pay the $235.00 balance of the fee. Failure to pay the partial fee and submit the documents will result in the appeal being administratively dismissed.

If appellant timely complies with this order, monthly payments shall be made to the Department of Corrections in the amount of 50 percent of the deposits made to appellant's account until the payments equal the balance due of $235.00. That amount shall then be remitted to this Court.

Generally, appellant may not file a new civil action or appeal in this Court until the filing fee in this case is paid in full. MCL 600.2963(8).

The Clerk of the Court shall furnish two copies of this order to appellant and return a copy of appellant's pleadings with this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2021



Clerk